RECEIVED
SDNY PRO SE OFFICE

2019 APR 23  PM 2: 14

S.D. OF N.Y.

**19cv3692**

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007


Mark C. Christenson,    v    Michael Cohen,
   plaintiff                     repondent


Should it please the court suit for ruling here cover

# Petition for Ruling

2

Pray I attorney respondent

Associated Press reporter

Porn star payoffs

Bank accounts

Money cards

Look alikes

Deposits

Withdrawals

War crimes

Murder

Payments

I pray thee

Sedition

I pray racketeering rule

3

## Prayer for Entry

I pray have the court clerk record the ruling

I do solemnly swear the aforementioned to be true

Dated this 17 day of April, 2019.

*Mark C. Christenson*
4-18-19

Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125

Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125

RECEIVED
SDNY PRO SE OFFICE
2019 APR 23 PM 2:14
S.D. OF N.Y.

TEMP3
SDNY

10007-133059

Pro Se
mk

RECEIVED
2019 APR 22 PM 3:01
CLERK'S OFFICE
S.D. of N.Y.

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SPOKANE WA 990
19 APR 2019 PM 3 L

USA FOREVER